sistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Dawson et al., Appellants.

Argued September 14, 1968. *John J. Duffy,* with him *Calvin J. Hurd,* for appellants; *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS and HANNUM, JJ., absent.

## Commonwealth *v.* Duvall, Appellant.

Argued September 12, 1968. *Theodore S. Danforth,* Public Defender, for appellant; *D. Richard Eckman,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dwyer, Appellant.

Submitted September 11,